371 A.2d 1300

Commonwealth, Appellant, v. Rutherford, Appellant.

Argued November 15, 1976.

Kim W. Riester, with her Robert E. Colville, District Attorney, for appellant at No. 426 and appellee at No. 492; Richard C. Schomaker, for appellant at No. 492 and appellee at No. 426.

OPINION PER CURIAM: Order affirmed at No. 426. Because it appears that appellant was improperly sentenced, the matter is remanded for resentencing at No. 492.